05-CV-01472-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ALVIN DAMPIER, | ) | CASE NO. C05-1472-JCC-MAT |
| Plaintiff, | ) | |
| v. | ) | ORDER DENYING *IN FORMA PAUPERIS* APPLICATION AND DISMISSING MATTER WITH PREJUDICE |
| KING COUNTY JAIL, | ) | |
| Defendant. | ) | |

The Court, having reviewed plaintiff's Application to Proceed *In Forma Pauperis*, the Complaint, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's Application to Proceed *In Forma Pauperis* is DENIED;

(3) This matter is DISMISSED with prejudice; and

/ / /

/ / /

/ / /

ORDER DENYING *IN FORMA PAUPERIS*
APPLICATION AND DISMISSING MATTER WITH
PREJUDICE
PAGE -1

01  (4)  The Clerk is directed to send copies of this Order to plaintiff and to the Honorable
02       Mary Alice Theiler.
03       DATED this 15 day of Nov, 2005.

   _____
   JOHN C. COUGHENOUR
   United States District Judge

ORDER DENYING *IN FORMA PAUPERIS*
APPLICATION AND DISMISSING MATTER WITH
PREJUDICE
PAGE -2